# RECONSIDERATION OF PRIOR DECISIONS

2006–2405.   Carmel Financial Corp. v. Leal.

Lucas App. No. L–06–1049, 2006-Ohio-5618. Reported at 113 Ohio St.3d 1467, 2007-Ohio-1722, 864 N.E.2d 653. On motion for reconsideration. Motion denied.

2007–0056.   O'Toole v. Denihan.

Cuyahoga App. No. 87476, 2006-Ohio-6022. Reported at 113 Ohio St.3d 1465, 2007-Ohio-1722, 864 N.E.2d 652. On motions for reconsideration of Tallis George–Munro and Department of Children and Family Services, William Denihan, and Kamesha Duncan.

   Motion of Tallis George–Munro is granted, and that appeal is accepted on Proposition of Law No. I. PFEIFER, O'DONNELL and LANZINGER, JJ., dissent.

   Motion of Department of Children and Family Services, William Denihan, and Kamesha Duncan is granted in part, and that appeal is accepted on Proposition of Law Nos. I, II, and III.

   MOYER, C.J., LUNDBERG STRATTON and O'CONNOR, JJ., would also accept that appeal on Proposition of Law No. IV.

   PFEIFER and O'DONNELL, JJ., dissent.

   It is further ordered that the briefing schedule in this appeal is to begin de novo. Appellants shall file their briefs within 40 days of the date of this entry and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. VI.

2007–0151.   Parma v. Ries.

Cuyahoga App. No. 88975. Reported at 113 Ohio St.3d 1490, 2007-Ohio-1986, 865 N.E.2d 914. On motion for reconsideration. Motion denied.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*June 21, 2007*

[Cite as *06/21/2007 Case Announcements,* 2007-Ohio-3062.]

# MISCELLANEOUS DISMISSALS

2006–1419.   State ex rel. Collins v. Almar Realty Corp.

Franklin App. No. 05AP–862, 2006-Ohio-3554. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal,

   It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.